Sophia Y. Laita, Appellant, v. Walter Laita, Appellee.

Gen. No. 41,035.

opinion filed June 26, 1940. Teed, Kammermann & Johnson, for appellant; Hugh E. Johnson and Clarence Kammermann, of counsel; Albert C. Boehm, for appellee; Albert C. Boehm and Raymond R. Stern, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."